PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Brian Lyles                 Cr.: 22-00196-001
                                                                                               PACTS #: 41645

Name of Assigned Judicial Officer:      THE HONORABLE MAX O. COGBURN JR.
                                               UNITED STATES DISTRICT JUDGE (WD/NC)

Name of Sentencing Judicial Officer:     THE HONORABLE JOHN MICHAEL VAZQUEZ
                                               UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/28/2018

Original Offense:     Count One: Conspiracy to Commit Wire Fraud and Bank Fraud, 18 U.S.C. § 1349, 18
                           U.S.C. § 1343 and 18 U.S.C. § 1344 (1) & (2)
                           Count Two: Bank Fraud, 18 U.S.C. § 1344 (1) & (2)

Original Sentence: 15 months imprisonment, 36 months supervised release

Special Conditions: $200 – Special Assessment, and $674,974.95 – Restitution.

Type of Supervision: Supervised Release                   Date Supervision Commenced: 08/14/2020

## INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Puerto Plata, Dominican Republic from May 15, 2022 to May 20, 2022 for the purpose of family vacation. He will be traveling with his partner, Whitney Watson, and plans to reside at Cofresi Palm Beach & Spa Resort in the Dominican Republic.

**U.S. Probation Officer Action:**

Our office recommends travel request be approved. Lyles reports as instructed, submits monthly supervision reports, and urinalysis submitted yielded negative results. Brian Lyles maintained stable residence in Jersey City, New Jersey and is employed with Lisa's Networking Group in Jersey City, New Jersey.  Lyles has paid $1,075 towards his financial obligations thus far.  As such, he is in full compliance with the conditions of supervised release.

                                                           Respectfully submitted,

                                                           SUSAN M. SMALLEY, Chief
                                                           U.S. Probation Officer

                                                           *Elisa Martinez*

                                                           By:    ELISA MARTINEZ
                                                                 Supervising U.S. Probation Officer

Prob 12A – page 2
Brian Lyles

/bgm

PREPARED BY:

*Brendan G. Murillo*          *04/19/2022*
BRENDAN G. MURILLO            Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Travel Approved

[ ] Travel Denied

[ ] Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

[ ] Other

_____
Signature of Judicial Officer

4/19/2022
Date