PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Brian Lyles      Cr.: 22-00196-001
    PACTS #: 41645

Name of Sentencing Judicial Officer:     THE HONORABLE MAX O. COGBURN JR.
    UNITED STATES DISTRICT JUDGE (WD/NC)

Name of Assigned Judicial Officer:     THE HONORABLE JOHN MICHAEL VAZQUEZ
    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/28/2018

Original Offense:     Count One: Conspiracy to Commit Wire Fraud and Bank Fraud,
    18:1349, 18:1343 and 18:1344(1) & (2)
   Count Two: Bank Fraud, 18:1344(1) & (2)

Original Sentence: 15 months imprisonment, 36 months supervised release

Special Conditions: Restitution - Money, Special Assessment

Type of Supervision: Supervised Release      Date Supervision Commenced: 08/14/2020

## INTERNATIONAL TRAVEL REQUEST

Mr. Lyles is requesting permission to travel to Puerta Plata, Dominican Republic for a yearly family vacation. He plans to travel with his fiancée, Whitney Watson from May 21, 2023, to May 26, 2023. He plans to stay at Lifestyle Holidays Vacation Club, in a villa that he states his aunt owns. Lyles also states that his airfare will be paid for by his fiancée. He intends to fly Jet Blue Airlines, however currently there are no airline reservations, and Mr. Lyles is awaiting the Court's approval. Mr. Lyles has maintained general compliance with the terms of supervision. He reports as instructed, submits monthly supervision reports, and urinalysis tests have yielded negative results. Lyles has maintained stable residence and is employed with Lisa's Networking Group in Jersey City, New Jersey. Lyles satisfied his special assessment fee of $200 in full. He is also in compliance with his court ordered monthly restitution payments of $50. Mr. Lyles has stated the travel expenses associated with this trip will be afforded by his family, therefore, not interfering with his ability to repay his outstanding financial obligations, nor suggesting he could pay more than what has been ordered by the Court. As such, he is in full compliance with the conditions of supervised release.

    Respectfully submitted,

    SUSAN M. SMALLEY, Chief
    U.S. Probation Officer

    By: Kelsey N. Immendorf

Prob 12A – page 2
Brian Lyles

Probation Services Technician

/kni

*Anthony Stevens*          4/4/2023

ANTHONY M. STEVENS          Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☐ Travel Approved

☐ Travel Denied

☒ Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

☐ Other

*Joe Vzy*
Signature of Judicial Officer

4/4/2023
Date