PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Brian Lyles      Cr.: 22-00196-001
     PACTS #: 41645

Name of Sentencing Judicial Officer:    THE HONORABLE MAX O. COGBURN JR.
     UNITED STATES DISTRICT JUDGE (WD/NC)

Name of Assigned Judicial Officer:    THE HONORABLE JOHN MICHAEL VAZQUEZ
     UNITED STATES DISTRICT JUDGE
     (Jurisdiction transferred on 3/17/2022)

Date of Original Sentence: 11/28/2018

Original Offense:    Count One: Conspiracy to Commit Wire Fraud and Brank Fraud, 18 U.S.C. § 1349, 18 U.S.C. § 1343 and 18 U.S.C. § 1344(1) & (2)

Count Two: Bank Fraud, 18 U.S.C. § 1344 (1) & (2)

Original Sentence: 15 months imprisonment, 3 years supervised release

Special Conditions: Restitution - Money, Special Assessment

Type of Supervision: Supervised Release      Date Supervision Commenced: 08/14/2020

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to Satisfy Financial Obligation |

U.S. Probation Officer Action:

Throughout Lyles's term of supervision, he paid $1,375 towards his restitution. He is compliant with the Court ordered monthly minimum payments of $50.00. Lyles's term of supervision is due to expire on August 20, 2023, with an outstanding balance of $661,519.50. The Financial Litigation Unit of the United States Attorney's Office in the Western District of North Carolina was notified of the expiration of supervision and has a standing order for garnishment of the person under supervision's earnings and all future income tax refunds via the Treasury Offset Program (TOP).

The Probation Office recommends that the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C. Sections 3554 & 3613.

Respectfully submitted,

Prob 12A – page 2
Brian Lyles

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: Kelsey N. Immendorf
Probation Services Technician

/kni

APPROVED:

_____   7/25/23
ANTHONY M. STEVENS                Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[X] Allow Supervision to Expire as Scheduled on August 13, 2023 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

7/25/2023
Date